AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Andrew Alan Hernandez

*Defendant*

)  Case: 1:21-mj-00253
)  Assigned to: Judge Faruqui, Zia M
)  Assign Date: 2/23/2021
)  Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Andrew Alan Hernandez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 02/23/2021

2021.02.23 12:47:09 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/23/21, and the person was arrested on *(date)* 2/25/21
at *(city and state)* Riverside, CA.

Date: 2/25/21

*Arresting officer's signature*

Special Agent Dewey Stover
*Printed name and title*