UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America :
:
v. : Case No. 1:21-cr-00445-CKK
:
Andrew A. Hernandez, :
       Defendant. :

## SPEEDY TRIAL WAIVER

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* (the "STA"), to a trial within seventy days after the Indictment was filed in this matter, which was on June 30, 2021. I am also aware that this matter involves a large amount of electronic discovery, as publicly represented by the Government and as provided to my counsel, and that this matter involves a number of novel legal issues.

This matter is currently scheduled for a status hearing on May 17, 2022, and my counsel plans to file a joint motion for a continuance of this status hearing until on or before July 14, 2022, to allow for additional time in the interests of justice to review discovery, discuss strategy, and weigh options.

I understand that I have previously waived time under the STA, and I understand that if the Court grants this motion to continue the status date that I will be waiving my right to a speedy trial until the date of the next hearing that the Court schedules. I understand that this time will be excluded from the speedy trial calculation under the STA, and I am specifically asking for the Court to grant the Motion and toll the time under the STA in the interests of justice.

Dated: May 13, 2022                      Respectfully Submitted,

                                                       *Andrew A. Hernandez*
                                                         Andrew Hernandez
                                                         Defendant

CamScanner

/s/
Samuel C. Moore
District of Columbia Bar ID: 1015060
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@scmoorelaw.com
Phone: 703-535-7809
Fax: 571-223-5234

4879-2581-6152, v. 1