# EXHIBIT 1

**December 4th, 2022**

**Honorable Judge Colleen Kollar-Kotelly**
**United States District Court**
**District of Columbia**
**333 Constitution Avenue N.W.**
**Washington D.C 20001**

RE: Andrew Hernandez's Sentencing

**Your Honor:**

My name is Sherry Hernandez, mother of Andrew Alan Hernandez. I am 74 years old, I've been married for 49 years; and was blessed to be a stay-at-home mother. I have raised five children; four daughters and one son. They have given us thirteen grandchildren and 4 great-grandchildren. I am a faithful Christian and an active member of my church that serves our community.

I'm writing this letter on behalf of my only son Andrew Hernandez, to share with you who my son is. Andrew has always been very caring, he always looks out for people less fortune them himself.

At four years old I knew what a caring little man he is, Andrew saw another child crying after dropping his candy; Andrew immediately gave that other child his candy without me even asking him too. When Andrew was in second grade the teacher told me to be proud of my son due to his kindness. That there was a little boy in the class that all the other kids were bullying. Andrew went over and made friends with him so that the little boy felt better about himself. Andrew joined Boy Scotts and earned many badges. My son has always taken the responsibility to insure that he's loved ones are taken care of. Andrew is the person who will give when someone else is in need even if that means he goes without.

After High school Andrew joined the workforce to gain experience and then he decided to follow in his Grandfathers footsteps who served in World War 2; joining the United States Marine Corps. Andrew is the main support for his 3 adult children.

To this day I watch Andrew do things for others from the goodness of his heart without someone even asking him to do so. From giving to the poor whenever he can to donating blood & plasma to the Red Cross. Andrew is there for his family, friends, & neighbors; he is well respected and loved in his community for his generosity and servants heart.

My husband and I rely on Andrew's help; his father is eighty-one years old, disabled, diabetic, and overweight. I rely on Andrew to help with maintenance around our home since now being up in age we are unable to do it ourselves. Andrew comes by to ensure trash was taken out and everyday necessities are handled for us.

I understand the trouble my son Andrew is in; I raised Andrew to be a man with high integrity. Andrew will always have our support during and after this court date. I know that Andrew has learned from this experience seeing him suffer, due to the lack of judgment he had that day. I don't feel additional confinement is the solution. We need him with us; back with his family and community. I pray that you don't define him by this lack in judgment and will see the qualities my son so willing gives without expecting anything in return. Please allow the courts to show my son Andrew Hernandez mercy.

Respectfully Yours,



Sherry N. Hernandez

November 30, 2022

Honorable Judge Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C., 20001

    RE: Andrew Alan Hernandez Sentencing

Your Honor:

My name is Wendie Lynn Hernandez, and I am one of Andrew's younger sisters. Naturally I've known him my whole life, and I continue a close relationship with him today. I fondly recall a wholesome childhood growing up in Cypress, California. Brought up in Lutheran faith, with many blessed family memories. Andrew and I are two years apart in age, so we spent our childhood together, being teenagers together, and now maturing as adults together. Mom got us engaged in church early on. She herself sang in church choir, played bells, volunteered support member helping other families in need. The church we attended was the same church we were baptized as babies, attended for elementary school, and were all confirmed with our First Communion (Concordia Lutheran Church & School). My brother's faith and foundation in God is strong. He is loyal, dedicated, and selflessly supportive to family and friends. Andrew's known for his display of good manners and tact. He's good natured, respects nature and humanity, and is a good-willed soul. He makes you laugh when not in good spirits, and generously gives love and support to others. He makes new friends wherever he goes. Meeting some of his best friends while serving our US Marine Corps.

I understand the gravity of Andrew's actions on January 6th. I know Andrew understands the seriousness since we've reflected together on how it's changed so much already. That one day, the split-second decision to follow that crowd. Fourteen minutes of his life that's caused drastic stress and a negative ripple effect across not only him and his future, but also all our families. His children, no matter their age, will always need their father. Andrew is a good son, father, and godfather to my children. He loves and supports all his children, inspiring them to grow in an upright Christian life. Weekly he visits Mom & Dad. His visits bring joy and energy; motivating my father to keep trying to better his handicapped state. Getting him up and moving, since he is strong enough to support my Dad's body weight. Chores, trash out, moving heavy items, whatever handy man or big jobs need to be done Andrew does while visiting. For a long time, he put up their Christmas lights on the house for the holidays. Andrew does this because he loves and respects his parents. He wants to spend time with them, their happiness brings him happiness. It's in Andrew's character and nature to take responsibility for wrong doings. It's how we were raised by our parents. My brother has integrity and is honest. This event and the repercussions to date have shamed him. He lost his job because of it and struggled with work since. He is going through rough and low points with his family as they/we work through these times. And it's been difficult knowing we may lose him to years in prison.

Your Honorable Judge, it's your fair and just decision as to how Andrew's sentencing will be decided. I will unequivocally provide my full support to Andrew and his family in wherever your decision takes him.

Our families may not always agree in what we've done or said, and many times have difficult family conversations to help recalibrate relationships, and respond to help each other, grow, and move forward better. We are all human, and not perfect. We do things we regret, and later have moments of clarity, wishing you could go back and do differently. In our family, we strive to we learn from the past, especially past mistakes.

I personally vouch that Andrew Hernandez is a hard-working, good, and Godly man. He is now and continues to be a value contributing citizen in our society and within our families of the Hernandez household. Please do not let his mistake, the lapse in better judgment cost him to lose precious time with his children, his elderly parents, sisters, brothers-in-law, nephews, nieces, all those other good friends, family, and community who all love and depend on him so much. I ask you to please consider community service and/or fines for him to pay. Please allow him to continue an integral key role, being physically present in the supportive role he plays for our growing and maturing families. Thank you and I pray for God's guidance and blessing to you always Honorable Judge.

Respectfully submitted,



Wendie Lynn Hernandez

November 30th, 2022

Honorable Judge Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

      RE: Andrew Hernandez's Sentencing

Your Honor,

My name is Alex Forero, I'm 45 years old and I'm writing you today on behalf of my brother-in-law Andrew Hernandez. Andrew is the backbone and glue for our family. He is an extremely hard-working man that supports his three children.

I have known Andrew for now over 10 years and have watched him always be there for anyone in need. When my brother was diagnosed with kidney problems, Andrew began reading up on how to take care of your kidneys and if was possible to heal them; sharing his findings gave my brother hope. Andrew also would come by and help my neighbor Tony out with whatever he needed. Once Tony fell and Andrew stopped what he was doing to come over and help him out. Tony has since passed away from cancer. Andrew has shown his true love for helping his fellow man.

Andrew is the Godfather to my 4-month-old son who looks up to his "Nino" with so much love. It warms my heart to know that Andrew loves my son just as I do and treats him as his own. I also have a 4-year daughter who adores her Uncle Drew so much and will be devastated if he was taken from us. Andrew comes to visit often and teaches my kids faith and family. My children are always excited to see Uncle Drew and my daughter loves calling him up throughout the day just to tell him hi and that she loves him.

I fully understand he has taken full responsibility for his action and know if he could do things over, he would have never followed that crowd into the capital. Watching him deal with this, I know he has learned from this experience and additional confinement is not the solution. Andrew needs to be back with his family and community. I'm proud of the person my brother-in-law is and will stand by him now and after this court date. Your Honor for the sake of his family; please show Andrew Hernandez mercy.

Respectfully yours,

[signature redacted]

Alex Forero

12/1/2022

Honorable Judge Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

    *Re:  Andrew Hernandez's Sentencing*

Your Honor:

Today I am writing to speak on behalf of my brother, Andrew Hernandez.  I have known Andrew all his life; From the time he came home from the hospital as a babe, to today, as a loving brother, father and man.  Andrew is the most generous, kind-hearted, hardworking, sincere individual I know.  Having him as my brother, although the younger brother, has taught me to see the importance of loving others and treating them with respect through his eyes and enriched my life for the better.

Andrew has taken the time to evaluate the circumstances he is in and has painstakingly shared his thoughts about his actions with his family and his four sisters.  I believe Andrew is taking responsibility for what occurred that day.  As a family, we have discussed ways to encourage Andrew going forward and ways to assist his children in the future.  We love our brother and his family very much. I am the oldest sister and I want to be, and am, included in all aspects of helping my brother through this tough period in his life by supporting him through all phases, now and in the future, in any way required. This includes emotionally and financially.

My brother has always been someone who can be counted on.  He has provided for his family by being available to them and by working diligently to provide for their basic needs, wants, and desires.  Andrew is kind and sensitive, striving to make us feel welcome and loved.  Living in Alaska, I once paid a three-day visit to my brother's home.  I was lovingly greeted in the morning with a home cooked breakfast, complete with a roaring fire, to help me feel as comfortable in sunny California as I do in chilly Alaska.  Many times, I have witnessed the love and compassion my brother has for all his nieces and nephews.  I first experienced him loving on my own children while they were growing up.  My children know that they have an uncle who is always available to give advice or to sit around and cut-up with them.  Fast forward to today, and we have a family blessed with numerous young nieces and nephews.  The faces of these young ones light up in pure joy whenever *Uncle Drew* is close by.  They understand, although the oldest is only four years old, that *Uncle Drew* is love, safety, and fun.  These are some of the many ways my brother reveals his genuine personality of being kind and caring to others, something which comes as easily to him as breathing.

I feel that Andrew has learned from this experience going forward.  The constant stresses and pressures of retribution from this experience have humbled him gravely.  I beg of you to please keep this in mind when sentencing occurs.  Incarceration is not the solution needed. Further detainment would serve to prevent Andrew from providing for his family financially, as well as emotionally being available to them.

Family not only refers to his immediate family members, but to the extended families of his sisters, their spouses and children, and his elderly parents. Please allow him to be back with his family and his community.

                                                  Respectfully yours,

November 30, 2022

Honorable Judge Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C 20001

      Re: Andrew Hernandez's Sentencing

Your Honor:

As the single daughter and youngest child of Andrew Hernandez, I have grown up under the guidance and care of this man for the past nineteen years. I have known nothing but a man who cares deeply and passionately about his family and his country. Never have I known a man more willing to sacrifice for his values and his commitment to defend this country. A Marine, Andrew sincerely understands what it means to be a patriot and a warrior not only for America, but a warrior for his family and his values. His devotion and passion for our country was the ultimate inspiration for me as a young woman to raise my right hand and join in serving our nation's great Army. It is my father that I turn to in times of fear and in times of doubt, it is this man that taught me how to stand tall and it was this man that showed me how to dig deep and find my grit.

I can recall many nights my father would come home from a long day of construction and my brother and I would massage his feet to ease his pain. He would work and break his body down each day doing hard labor to support our family and he would do it with no complaints because above all, Andrew is a protector and a provider.

It was only a month ago when I was dealing with a situation and needed guidance, so I turned to my father and he told me, "No matter what, you always do the hard right over the easy wrong. You face what you have done and then you do better." Each day, Andrew walks with the weight of his terrible mistake and takes constant action to be better. He understands that he cannot go back in time and change the past, but he knows he can prevent himself and prevent his loved ones from repeating history.

Please Your Honor, I ask for mercy and for understanding. I know that confinement is not the right decision for Andrew. He needs to be able to stand with his family and to be a pillar of strength. Please allow him to use this as an opportunity to be an example for all of the little ones in our family and to be able to be present in their lives to show how to learn from their mistakes and how to use their wrongdoings as chances to grow. Your Honor, he is a man with integrity,

and has sacrificed all throughout his life as a father and as a Marine, please show grace for Andrew Hernandez.

Respectfully Yours,



Angelina Lobo

November 30, 2022

Honorable Judge Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 2001

    *RE: Andrew Hernandez's Sentencing*

Your Honor:

    I am Andrew's son. I have grown up to know him for 22 years of my life. My father is passionate and caring about his family and friends, in which he also considers family. He is committed to helping those around him with their situations and will do his best to ease their burden regardless of the time he must sacrifice of his own little free time. I am grateful and blessed to have him as my father. He sacrificed much of his life working an arduous job to provide for us and give us a more blessed upbringing than he was given, in which I am immensely grateful for. He has worked very avidly in ensuring my siblings and I do not have to question when our next meal was during the recession and has maintained a very stable and comfortable living situation for my family. I remember him returning home most days in pain from his body that he was destroying through construction to provide for us. He never forced us to do anything, but instead asked us if we could massage his feet from time to time. We live next to a very small wooded area that catches fire at least once every 4 years, often threatening our neighborhood due to the embers. In each of these events, my father would not only ensure the safety of our family, but rush over to all of our surrounding neighbors houses to assist in putting out their fires and making sure they are secure and safe. When I was in elementary school and would walk to the bus stop down the street, my father was frustrated that cars would actively speed by as I and the other neighbors' children walk to the bus. His consideration for the community's children and his initiative brought the neighborhood together to demand a stop sign to be installed at this street to provide more protection for his and everyone else's children. His

care for the fellow man and woman is made evident to me through these actions as there is nothing to gain except the satisfaction of helping another out. Moreover, he put his life at risk by joining our nation's Marines in order to protect the freedom and safety of all people in America.

 My father is a good man, if that were not the case he would not be receiving my support or the support of others through his trial. We understand the trouble my father is in and how serious this matter is. I know he understands the trouble he is in as well and is taking responsibility for his actions as he has taught us.

 After realizing the damage it has caused to not just himself, but his family, I know that my dad has learned from this. My dad will not make this mistake again after understanding the severity of the situation. I do not believe confinement is the best solution for him, his proactive involvement in protecting my neighborhood and family is enough for me to believe he is a valuable member of our community and a pillar of safety. I ask that my father is given grace and a just sentence.

 Respectfully yours,



Isaiah Hernandez

November 30, 2022

Honorable Judge Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C  20001

      Re: Andrew Hernandez's Sentencing

Your Honor:

I am one of Andrew Hernandez's older sisters; we are about three years apart. Growing up, our parents taught us the importance of God, country, and family. Our family has been a serving family; our grandfather served in the Marines during World War II. Andrew Hernandez is a man who had shown his dedication to God as he performed, as a teenager, the duties of an acolyte to our church. As he grew into a young man, he decided to take the oath to serve his country and signed up for the marine corp. I feel so blessed to have him as my brother, and I always knew that even though we argued as children growing up, all I had to do was tell him that I needed help, and he was always there for me with no strings attached. Because of his love of God and his dedication to his family, I asked him to be the Godfather to my firstborn. Andrew has risen to the occasion, ensuring that my son was brought up with the same moral compass of God, country, and family.

Unfortunately, Andrew Hernandez had a lapse in judgment, so we are here today. I understand that Andrew Hernandez is taking responsibility for his actions as he is in court today. Please know that Andrew Hernandez understands the ramifications of his actions. But as you can see, Andrew Hernandez is very loved by his family, and we are here today with him in court to support him as he takes on the responsibility for the consequences of his actions. His family members support Andrew Hernandez. No matter the decision today, we will love and support him in his journey. His family will not forsake him.

Andrew Hernandez is a stellar citizen. He is a hardworking man and is the main supporter of his adult children. Andrew Hernandez is a person who will go out of his way to help his fellow man. He helped to teach my sons the importance of doing their best at work when he taught them about slopes and cement as they worked side by side on the cement for my patio. On numerous occasions, I have seen him buy food or give money to the less fortunate. Andrew Hernandez has also shown that he is a valuable community member. When his neighborhood caught fire, he was the first one up on his neighbor's roof before the fire department arrived to fight the fire threatening his neighbor's home. Andrew Hernandez has put his family and friends before himself. When my eighty-one-year-old father gets sick, he is there to help my mother care for my father until my father can care for himself.

Your Honor, I know my brother, and he has learned from this experience. He knows he made a huge mistake and will never put himself in that situation again. Please, let the courts show mercy; I do not believe additional confinement is the solution. Your honor, people have a lapse in judgment, and mistakes happen that we wish we could do over. Please do not let this situation define the future of my brother. Please allow my brother to be back with his family and community so he can be an asset in his community and an active member of our family. We need him to be present and active in our lives. Let Andrew Hernandez's character and love for his country speak volumes; please show mercy to my brother.

Respectfully yours,

Sherry Llamas

November 30, 2022

Honorable Judge Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C  20001

      Re: Andrew Hernandez's Sentencing

Your Honor:

I am the brother-in-law of Andrew Hernandez. I have been a part of Andrew's family for the last twenty-seven years. Andrew has always strived to put his best foot forward. I had the privilege of having a front-row seat when Andrew started learning about the cement business. I witnessed him striving daily to put his best foot forward as he learned the trade. I saw him work endless hours to learn his craft while ensuring he cared for his young family. Andrew has always placed others' needs first. He is a person I could count on, even though he worked long shifts. I see how much he loves his sisters through his actions. He always looks out for them and ensures they are well cared for. I had seen him come off long shifts to help his mother with his father when he was sick. When 9/11 happened, I remember how he made arrangements for his family because he was getting ready to deploy to serve his country. At the time, his wife was pregnant with their daughter. He could not deploy because he had fallen and broke his elbow while looking at the moon in the sky while talking to his mother on the phone.

I understand the trouble that Andrew Hernandez is in because of his actions. He is my brother and a huge part of my family; I am privileged that he is the Godfather to my first-born son. I have talked to Andrew, and he understands that he needs to take responsibility for his actions. I will support Andrew in any way that he needs.

Andrew Hernandez is moral, and his word is as good as gold. He is an asset to his family and a person I can call on for anything. I know he will be there no matter what and never look for anything in return. He is an asset to his community and a hard worker. If he makes a mistake, he will strive to correct it. I have seen him work tirelessly to better his family. When I moved into my current house, Andrew was the first to volunteer his cement expertise to help me make a home for my family.

Confinement is not the solution for Andrew Hernandez. He needs to be able to be back with his family and his community. His family counts on Andrew to help his mother with his eight-one-year-old father. His adult children also count on him as the main supporter of their family unit. The best for Andrew is to be with the love and support of his family. The court should consider not only the love that Andrew has for his country; but the responsibility of his family that rests on Andrew's shoulders. He is the only son in this tight family, and his mother depends on him

when his father is sick. I ask your Honor to show mercy on Andrew Hernandez and allow him to be an active member and be present with his family.

Respectfully yours,



Aldo Llamas

November 30, 2022

Honorable Judge Colleen Kollar- Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C 20001

        Re: Andrew Hernandez's sentencing

Your Honor:

My name is Kattryna Llamas; I am nineteen and have known Andrew Hernandez since I was born. He is one of my uncles; I come from a big family, and he is someone who could never be replaced or forgotten.

Your Honor, if you have children or have seen children around you being raised, you will know first-hand how hard it is to create your village for your children. They say it takes a village to raise a child, and part of my parents' village is my family, and they could never have done it without my uncle Drew. He has been a part of every milestone and anything important to me.

My uncle Drew never thought of himself and prioritized our family's needs and wants above his own. Doing what he thinks best is for us and what we would need to live life to the fullest potential this world offers. He ensures we have a good laugh and times at our family game nights. I treasure all the memories that he has created with me. Family is the most important thing to me, and for as long as I remember, one person who has taught me this is my uncle: through his actions. He always drops anything he does to be there for those around him, especially when he helps my elderly grandfather, who is handicapped.

I know and understand the severity of my uncles' actions, and I understand what he did was wrong. He had a lapse of judgment by stepping foot into our nation's capital that day during the certification of the presidency. This is the biggest mistake he has ever made in his entire life. But, like all humans on this planet, we all make mistakes, whether it is as big as my uncles or not. My uncle stands before you today, taking responsibility for those actions knowing every action has consequences. I ask you to show mercy to my uncle and allow him to return home to his community. My family and those in our community depend on him. Please let my uncle continue making memories with my younger cousins so they can grow up and see first-hand the valuable lessons he preaches to me; do not allow one lapse of judgment to determine the rest of my uncle's life and that of my family's life. We are all extremely close and rely on Andrew in different aspects of our lives; please show mercy to my uncle.

Respectfully,

November 30, 2022

Honorable Judge Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C  20001

      Re: Andrew Hernandez's Sentencing

Your Honor:

Thank you for taking the time to read this letter; I am Andrew Hernandez's sister. Being the youngest sister, I witnessed my brother serving his community and country as a citizen and service member. I remember the sense of pride as I watched my brother graduate boot camp as a marine. I'm fully aware of my brother's horrific situation and am here to help support him now and after his court date. He is a good-hearted person and made a terrible decision, following a crowd for fourteen minutes into the capital.

My brother is one of the hardest-working people I know. He works nonstop, helping to create a better life for his family. I have watched him work tirelessly, ensuring that his young family had the stability of a stay-at-home mom to raise their children. Andrew is there to help anyone in need, and he is the type of person that will be the first one to volunteer his time. He is a true gentleman when it comes to opening doors for others or carrying/holding heavy items for someone unable; he has a big heart and wears it on his sleeve. Since he has been of age, my brother religiously donates his blood to The Red Cross.

Due to his love for God, children, and his fellow man, I chose Andrew to be the Godfather to my son. My children adore him, and he dramatically influences their lives. He goes above and beyond to create happiness for anyone who crosses his path. Uncle Drew, as my kids call him, makes sure that no matter how tired he is or how many hours he has worked makes time to visit and spend precious time building unforgettable memories with the kids, teaching them valuable lessons that they will carry with them throughout their lives.

I know you don't know him and only see the poor judgment that he made on January 6th, and it is your job to pass down a fair sentence without learning the true character of Andrew Hernandez. My brother is a person who is true to his word. He ensures that he continuously learns from his mistakes and shares his experiences. You can tell when my brother is nervous by looking at his smile. Andrew is an optimistic person and looks for the silver lining in everything. He is a vital person in my family's lives. Andrew is the only son of my parents and makes a point once or twice a week to help my elderly parents. He helps my mother with my eighty-one-year-old father, who is disabled and has health issues. My mother relies on my brother, which gives her peace of mind knowing he is just a phone call away.

I ask your Honor to consider my brother's vital role in our family and the community before sentencing. Additional confinement is not the solution; my brother's life has already been turned upside down because of his actions. He has learned his lesson. Please allow the courts to show mercy on my brother.

Respectfully yours,



Christa Forero