# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-445 (CKK)** |
| | : | |
| **ANDREW ALAN HERNANDEZ,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits that were provided by the government to the Court and defendant's counsel via USAfx on or about January 19, 2023 for consideration in anticipation of the defendant's sentencing hearing. Exhibit Nos. 1 through 7 are videos referenced in the government's Memorandum in Aid of Sentencing. ECF No. 54. At the defendant's sentencing hearing held on January 30, 2023, only clips from Exhibits Nos. 1, 2, 2.1, 4.1, 5, 6, and 7 were shown in Court, however, all of the exhibits were admitted. The United States does not object to releasing these exhibits to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Diane G. Lucas
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20350
202-252-7724
Diane.Lucas@usdoj.gov