UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-00445 (CKK) |
| | : | |
| **ANDREW ALAN HERNANDEZ,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Andrew A. Hernandez, by and through counsel, Samuel C. Moore, Esquire, respectfully provide this joint status report.

1. On June 30, 2021, defendant was charged by Indictment with obstruction of an official proceeding and aiding and abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2; entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1); disorderly and disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2); entering and remaining in the gallery of Congress, in violation of 40 U.S.C. § 5104(e)(2)(D); and disorderly conduct in a capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G). *See* ECF No. 19.

2. On September 21, 2022, pursuant to a plea agreement, defendant pled guilty to Count One of the Indictment, obstruction of an official proceeding and aiding and abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2. *See* ECF Nos. 46, 47. As part of the plea agreement,

the government agreed to dismiss the remaining charges in the Indictment at sentencing. *See* ECF No. 47.

3. On January 30, 2023, the Court sentenced defendant to a term of imprisonment of 18 months followed by 36 months of supervised release. *See* ECF No. 59.

4. On February 1, 2024, after serving his term of incarceration, defendant was released from the Bureau of Prisons and began serving his term of supervised release.

5. On June 28, 2024, the Supreme Court issued its decision in *United States v. Fischer*, 603 U.S. 480, 144 S.Ct. 2176 (2024), in which the Court clarified that, "[t]o prove a violation of Section 1512(c)(2), the Government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or as we earlier explained, other things used in the proceeding, or attempted to do so." *Id*. at 498.

6. On January 18, 2025, defendant filed a Motion for Post-Conviction Relief Pursuant to 28 U.S.C. § 2255, stating that among other things, his conviction under Section 1512(c)(2) should be vacated as a result of the Supreme Court's decision in *United States v. Fischer*, *supra*.

7. On January 20, 2025, the President signed an Executive Order Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021.

8. On January 21, 2025, the government filed a Consent Motion to Dismiss the Indictment as a result of the Executive Order and requested the dismissal pursuant to Federal Rules of Criminal Procedure 48(a). *See* ECF No. 71.

9. On January 23, 2025, the Court issued an Order requiring the parties to meet and confer and to file a joint status report on or before January 31, 2025, setting forth "the legal

reasoning supporting the application of Rule 48(a) for a defendant whose sentence has become final, with no appeal pending." ECF No. 72.

10. On January 27, 2025, and January 29, 2025, the parties conferred via telephone regarding the Court's order and the parties' respective positions.

11. The parties will need additional time to further consult regarding the appropriate authority and disposition of this matter and therefore, request that the Court set a briefing schedule.

Respectfully submitted,

EDWARD R. MARTIN JR.
UNITED STATES ATTORNEY


BY: __/s/_Diane G. Lucas_____       __/s/ Samuel C. Moore_____
DIANE G. LUCAS                      SAMUEL C. MOORE, Esquire
D.C. Bar. No. 443610                D.C. Bar No. 1015060
Assistant United States Attorney    Moore, Christoff & Siddiqui, PLLC
601 D Street, N.W., Room 5.1305     526 King Street, Suite 506
Washington, D.C. 20530              Alexandria, VA 22314
(202) 252-7724                      703-535-7809
diane.lucas@usdoj.gov               scmoore@moorechristoff.com
Counsel for the Government          Counsel for Defendant